**MEMO ENDORSED**

LAW OFFICES OF
# ALICE L. FONTIER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/13
```

369 Lexington Avenue  
2nd Floor #224  
New York, NY 10017

Telephone (212) 256-1244  
Facsimile (917) 521-5071  
AliceFontierEsq@gmail.com

October 16, 2013

Hon. Robert P. Patterson  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

    Re:    *United States v. John Wang, et al*  
            12CR941 (RPP)

Dear Judge Patterson:

    This letter is written on behalf of Lianna Chen, whom I represent in the above-referenced matter, and is a first request for an adjournment of the sentencing date now scheduled for October 18, 2013 at 4:00 p.m.. I respectfully request that this matter be adjourned for approximately two weeks, I am informed that the morning of November 4, 2013, is potentially a [*at 10AM*] convenient time for the Court. I am available on that day, as well as any day that week. The government, through Assistant United States Attorney Robert Boone, consents to this request.

    The extension of time is necessary because I received the draft PSR on October 1, 2013, but did not have an opportunity to review it with Ms. Chen until October 10, 2013. As a result, I require more time to file a Sentencing Memorandum on behalf of Ms. Chen.

    Thank you for your consideration of this matter.

                                      Respectfully submitted,

                                      S//Alice L. Fontier  
                                      Alice L. Fontier

*[handwritten endorsement: so ordered, Robert P. Patterson, 10/16/13]*