


# NEIGHBORHOOD DEFENDER SERVICE OF HARLEM

Rick Jones
Executive Director

Board of Trustees

Rowan D. Wilson, Chair
Jonathan S. Abady
B. Seth Bryant
Marcus A. Christian
LaShann M. DeArcy
Miriam Gohara
Pamela Lipp-Hendricks
Matthew L. Mazur
Melody Rollins Downes
David Sanford
Gerald L. Shargel
Elinor R. Tatum

Hon. Loretta A. Preska
Unites States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. John Wang, et al*
    12CR941 (RPP)

Dear Judge Preska:

This letter is written on behalf of Lianna Chen, whom I represent in the above-captioned matter. I filed the attached letter through ECF, on December 17, 2015. At that time, I was unaware of Judge Patterson's passing. I was instructed by the Clerk of the Court to forward the request to your Honor.

I now respectfully request that you grant the request for the return of Ms. Chen's passport. This matter is time-sensitive as she wishes to visit her grandmother in China who is elderly and quite ill at this point.

Thank you for your attention to this matter.

Respectfully submitted,

Alice L. Fontier

*Granted.*

SO ORDERED
Loretta A. Preska
UNITED STATES DISTRICT JUDGE
1/6/16

317 Lenox Avenue, 10th floor  New York, NY 10027  T 212.876.5500  F 212.876.5586  www.ndsny.org
Making Justice a Reality for those Farthest from Its Reach ™



Neighborhood Defender Service of Harlem

December 17, 2015

Hon. Robert P. Patterson
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>United States v. John Wang, et al</u>
            12CR941 (RPP)

Dear Judge Patterson:

    This letter is written on behalf of Lianna Chen, whom I represent in the above-referenced matter, and is to request that the Court Order the return of Ms. Chen's passport. Ms. Chen was sentenced to probation, and has successfully completed her sentence. Pre-Trial Services informed her that they would return her passport if she received a Court Order. The government, through Assistant United States Attorney Brian Blais, consents to this request.

    Thank you for your consideration of this matter.

                                          Respectfully submitted,

                                          _S//Alice L. Fontier_
                                          Alice L. Fontier

317 Lenox Avenue, 10th floor New York, NY 10027 T 212.876.5500 F 212.876.5586 www.ndsny.org
Making Justice a Reality for those Farthest from its Reach